

# SEALED



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-021-GMN-(PAL) |
| JOHN A. ZUKOWSKI, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court finds that on February 18, 2014, defendant JOHN A. ZUKOWSKI pled guilty to Count One of a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Memorandum, ECF No. __.

This Court finds defendant JOHN A. ZUKOWSKI agreed to the forfeiture of the in personam criminal forfeiture money judgment of $181,551.37 set forth in the Plea Memorandum and the Forfeiture Allegation in the Criminal Information. Criminal Information, ECF No. __; Plea Memorandum, ECF No. __; Change of Plea, ECF No. __.

This Court finds that JOHN A. ZUKOWSKI shall pay a criminal forfeiture money judgment of $181,551.37 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN A. ZUKOWSKI a criminal forfeiture money judgment in the amount of $181,551.37 in United States Currency.

DATED this 18 day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

2