✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 26 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN A. ZUKOWSKI,

Defendant.

2:14-CR-021-GMN-(PAL)

**ORDER OF FORFEITURE**

This Court found on February 18, 2014, that JOHN A. ZUKOWSKI shall pay the criminal forfeiture money judgment of $181,551.37 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 5; Plea Memorandum, ECF No. 7; Change of Plea, ECF No. 9; Order of Forfeiture, ECF No. 8.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN A. ZUKOWSKI the criminal forfeiture money judgment in the amount of

///

///

///

$181,551.37 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 26 day of ~~March~~ May, 2015.

UNITED STATES DISTRICT JUDGE